IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL D. GREEN,**

    Plaintiff,

v.                                     Civil Action No. **3:07CV627**

**R. TERRY, et al.,**

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 25, 2007, the Court conditionally docketed Plaintiff's action. On November 13, 2007, the October 25, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked, "Return to Sender." Apparently, Plaintiff has relocated and not informed the Court. Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                            /s/
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: _November 20, 2007_